UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDREWS FLIGHT OF ALABAMA, INC., | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) Case No. 2:05-cv-00951-WMA ) ) |
| SUMMIT GROUP, INC., et al., | ) ) |
| Defendants | ) |

**MEMORANDUM OPINION**

On September 25, 2007, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either plaintiff or defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge, and it is, therefore,

ORDERED, ADJUDGED and DECREED that defendants' Motion for Summary Judgment is due to be GRANTED as to all claims asserted by plaintiff in its complaint. It is further ORDERED, ADJUDGED and DECREED that defendants'

Motion for Summary Judgment as to their counterclaim for breach of contract is due to be GRANTED to the extent that the Court finds that plaintiff breached the Aircraft Purchase Agreement.  However, because defendants already elected their remedy of return of the earnest money, they are not entitled to any further damages under the contract for plaintiff's breach.  A separate Final Judgment will be entered.

    DONE this 31st day of October, 2007.

```
_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE
```